UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL KENDALL,<br><br>             Plaintiff,<br><br>       v.<br><br>BRAZIL, et al.,<br><br>             Defendants. | No.  2:24-cv-3801 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 24, 2025, the Court requested that the Office of the Attorney General provide a response to plaintiff's motion for temporary restraining order and preliminary injunction on or before January 31, 2025.

On January 31, 2025, the Office of the Attorney General, by special appearance, requested a brief extension of time to February 5, 2025, to respond to the Court's order.  Counsel has been working with the litigation coordinator at Mule Creek State Prison, where plaintiff is expected to return later in March, to draft a declaration in response to plaintiff's motion, and at 3:57 p.m. on January 31, 2025, counsel was communicating with her and finalizing the draft declaration, but counsel was unable to reach her again to obtain her approval and signature to timely file the response.  (ECF No. 9.)  Counsel provided an offer of proof as to the proposed declaration's contents.  (Id. ¶ 3.)  Because plaintiff is not expected to complete his disciplinary term at

California State Prison, Corcoran until later in March, the Office of the Attorney General states plaintiff will not be prejudiced by this brief extension of time.

Good cause appearing, the request for extension of time is granted. The Office of the Attorney General is granted until close of business on February 5, 2025, to file a response to plaintiff's motion for temporary restraining order.

Accordingly, IT IS HEREBY ORDERED that:

1. The request for extension (ECF No. 9) is granted.
2. On or before close of business on February 5, 2025, the Office of the Attorney General may respond to plaintiff's motion for temporary restraining order and preliminary injunction.

Dated: February 3, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/kend3801.tro.eot

2